# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jerry Sanders,

    Plaintiff(s),              JUDGMENT IN A CIVIL CASE

vs.                                   3:06-cv-12-2-MU

USA

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 13, 2006 Order.

**Signed: January 17, 2006**

*[signature]*

Frank G. Johns, Clerk
United States District Court