# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jerry Sanders,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            3:06-cv-12-2-MU

USA

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 13, 2006 Order.

                            **Signed: January 17, 2006**

                            */s/ Frank G. Johns*

                            Frank G. Johns, Clerk
                            United States District Court